CLERK'S OFFICE　　　　04-CV-11997 DPW　　　　Ramon W. Abreu

John Joseph Moakley　　　　　　　　　　Plymouth Correctional Facility

U.S. Courthouse　　　　　　　　　　　　26 Long Pond Road

1 Courthouse Way Suite 2300　　　　　　Plymouth Ma 02360

Boston Ma 02210　　　2004 OCT 15 P 4:47　　A-36557748

Now comes the defendant Ramon Abreu ProSe and respectfully moves this Honorable Court requesting permission for the defendant to file his petition writ of habeas corpus to the U.S. District Court the District of Massachusetts one courthouse way Suite 2300 Boston Ma 02210. Accordingly, to his deportation and removal proceeding upon new equites and evidence to reopened his firs deportation due process rigts violation and constitutional violation there fore in the interest of Justice

Date 10-12-2004

CC. File

God Bless Ya'll

Ramon W. Abreu

A36557748