```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

RAMON ABREU,                    )
                                )
          Petitioner,            )
                                )
     v.                          )   Civil Action No. 04-11997-DPW
                                )
IMMIGRATION AND                  )
NATURALIZATION SERVICE,          )
                                )
          Respondent.            )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered October 22, 2004, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

```
                              BY THE COURT,


                               /s/ Rebecca Greenberg
                              Deputy Clerk
```

DATED: October 22, 2004